11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Terry Lee Harrington

Appellant

Vs.                   Nos. 11-03-00243-CR &
11-03-00244-CR B Appeals from Palo Pinto County

State of Texas

Appellee

 

Terry Lee Harrington has filed in this court
motions to dismiss both of his appeals. 
The motions are signed by appellant as well as by both of his
attorneys.  The motions are
granted.  TEX.R.APP.P. 42.2.

The appeals are dismissed.

 

PER CURIAM

 

September 19, 2003

Do not publish.  See TEX.R.APP.P. 47.2(b).

Panel consists of:  Arnot, C.J.,
and

Wright, J., and McCall, J.